JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| CARLOS LOPEZ,<br><br>    Petitioner,<br><br>    v.<br><br>M. E. SPEARMAN, Warden,<br><br>    Respondent. | No. ED CV 19-1254-FMO (PLA)<br><br>**JUDGMENT** |

Pursuant to the Order accepting the Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the Petition in this matter is dismissed with prejudice.

DATED: July 30, 2020

                                                          /s/<br>
                                        HONORABLE FERNANDO M. OLGUIN<br>
                                        UNITED STATES DISTRICT JUDGE